# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re                                                                                      Case No. 14–32768
Cecil Pearson                                                     Chapter 13

     Debtor

## ORDER CONFIRMING PLAN

The debtor's plan was filed on October 10, 2014. The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtors chapter 13 plan, as amended, if applicable, is **confirmed**.

Dated: January 10, 2015

                                                                             /s/ Dwight H. Williams Jr.
                                                                       United States Bankruptcy Judge