# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                   Case No. 14-32768-DHW
                                        Chapter 13
Cecil Pearson,

    Debtor(s).

## ORDER OVERRULING OBJECTION TO CLAIM

The debtor(s) filed an Objection to Claim No. 9 filed by Alfa Mutual Insurance Company (Doc. No. 30).

The objection came on for hearing on March 16, 2015. For the reasons stated in open court, it is

ORDERED that the Objection is OVERRULED.

Done this 17th day of March, 2015.

/s/ Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:    Debtor
    Joshua C. Milam, Attorney for Debtor
    Alfa Mutual Insurance Company, Creditor
    Curtis C. Reding, Trustee